[No. 2193–2.   Division Two.   July 18, 1977.]

LA GIBODA ENTERPRISES, INC., *Respondent,* v. RAY D.
KOPE, ET AL, *Appellants.*

CRESCENT REALTY, INC., *Respondent,* v. RAY D.
KOPE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 232482, William L. Brown, Jr., J., entered
November 28, 1975. *Dismissed* by unpublished per curiam
opinion.

[No. 2422–2.   Division Two.   July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
RAINVILLE, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 66805, John W. Schumacher, J.,
entered May 7, 1976. *Affirmed* by unpublished opinion per
Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1919–3.   Division Three.   July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT
WALTER MAGER, *Appellant.*

Appeal from a judgment of the Superior Court for
Stevens County, No. 19766, Sidney R. Buckley, J., entered
March 5, 1976. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Munson, C.J., and Green, J.